**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01135-LTB-GPG

JASPER OTT,

      Plaintiff,

v.

CHACHA IN ART LLC, doing business as Cha Cha Gallery,
VERONIQUE SABATINA EUGENIE CHARLOTTE LENA SOUKI, an individual, and
CHARIF D. SOUKI, an individual,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Lewis T. Babcock entered on December 14, 2020, it is ORDERED that Defendants' Motion for Summary Judgment is GRANTED. It is

FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED. It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE as a matter of law and the counterclaims raised by Defendant ChaCha in Art LLC, d/b/a Cha Cha Gallery are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants ChaCha in Art LLC, Veronique Sabatina Eugenie Charlotte Lena Souki, and Charif D. Souki and against Plaintiff Jasper Ott. It is

FURTHER ORDERED that each party shall pay their own fees and costs.

Dated at Denver, Colorado this  14th  day of December, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk